STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00316-JD |
|     Plaintiff, | **[PROPOSED]** DETENTION ORDER |
|     v. | |
| JULIAN CISNEROS, | |
|     Defendant. | |

    On August 25, 2022, defendant Julian Cisneros was charged by Indictment with being a felon in possession in violation of 18 U.S.C. § 922(g)(1).

    This matter came before the Court on September 12, 2022 for a detention hearing. The defendant was present and represented by David Rizk. Assistant United States Attorney Kelsey Davidson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion: The defendant was arrested for being a felon in possession after officers received reports of a man brandishing a firearm in traffic and pointing it at people.  Two witnesses described how they feared for their lives after the defendant pointed a gun at them while they were in the car.  A third witness described how she saw the defendant place the gun against an individual's head.  Security camera footage from earlier in the night shows the defendant pointing a gun at multiple drivers.  Additionally, the defendant attempted to flee by running from officers while holding a loaded handgun, and then resisted arrest.  Finally, the defendant's criminal history illustrates his dangerousness.  He has a history of firearms related charges dating back to 2011.  The defendant also has recent convictions for four counts of inflicting corporal injury on a spouse or cohabitant and one count of assault with great bodily injury.  The underlying incident report for this describes how, over a three-week period, the defendant beat the victim multiple times, tied her up in zip ties, stabbed her hand with a homemade ice pick, used pliers to punch her fingers and toes, and pointed a loaded automatic rifle at her head.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 13, 2022

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge