STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00316-JD |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 30, 2022 TO FEBRUARY 6, 2023 AND [PROPOSED] ORDER |
| v. | |
| JULIAN CISNEROS | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Julian Cisneros, that the next status conference be set for February 6, 2023.  Counsel further stipulates that time be excluded under the Speedy Trial Act from November 30, 2022 until February 6, 2023.

    At the status conference held on November 14, 2022, counsel for the defendant stated he and the defendant were continuing to review the discovery and pursue other investigative leads.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 6, 2023 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from November 30, 2022 until February 6, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

1    (B)(iv).

2         The undersigned Assistant United States Attorney certifies that she has obtained approval from

3    counsel for the defendant to file this stipulation and proposed order.

4         IT IS SO STIPULATED.

5    DATED: November 30, 2022                    _____/s/_____

6                                               KELSEY C. DAVIDSON
                                               Assistant United States Attorney

7

8    DATED: November 30, 2022                    _____/s/_____
                                               DAVID RIZK

9                                               Counsel for Defendant Julian Cisneros

10                                   **[PROPOSED] ORDER**

11        Based upon the facts set forth in the stipulation of the parties and the representations made to the

12   Court on November 30, 2022 and for good cause shown, the Court finds that the next status conference

13   should be set for February 6, 2023, and that failing to exclude the time from November 30, 2022 through

14   February 6, 2023 would unreasonably deny defense counsel and the defendant the reasonable time

15   necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. §

16   3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from

17   November 30, 2022 until February 6, 2023 from computation under the Speedy Trial Act outweigh the

18   best interests of the public and the defendant in a speedy trial.   Therefore, and with the consent of the

19   parties, IT IS HEREBY ORDERED that the next status conference should be set for February 6, 2023 and

20   that time from November 30, 2022 until February 6, 2023 shall be excluded from computation under the

21   Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

22        IT IS SO ORDERED.

23

24   DATED:  December 1, 2022

25                                               _____
                                               JAMES DONATO

26                                               United States District Judge

27

28