STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00316-JD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 13, 2023 AND EXCLUDE TIME FROM JANUARY 27, 2023 TO MARCH 13, 2023 AND [PROPOSED] ORDER |
| v. | |
| JULIAN CISNEROS | |
| Defendant. | |

    On December 2, 2022, the Court issued an order setting a status conference for February 6, 2023 and excluding time under the Speedy Trial Act from November 30, 2022 until February 6, 2023.

    The defendant, Julian Cisneros, is currently being evaluated by a neuropsychologist and additional time is needed to complete this process and review discovery.  It is therefore stipulated by and between counsel for the United States and counsel for the defendant that the status conference be continued from February 6, 2023 to March 13, 2023.  Counsel further stipulates that time be excluded under the Speedy Trial Act from January 27, 2023 until March 13, 2023.

    For these reasons, the parties stipulate and agree that excluding time until March 13, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further

stipulate and agree that the ends of justice served by excluding the time from January 27, 2023 until March 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 27, 2023

/s/
KELSEY C. DAVIDSON
Assistant United States Attorney

DATED: January 27, 2023

/s/
DAVID RIZK
Counsel for Defendant Julian Cisneros

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the status conference should be continued from February 6, 2023 to March 13, 2023, and that failing to exclude the time from January 27, 2023 through March 13, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 27, 2023 until March 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference set for February 6, 2023 be continued to March 13, 2023 and that time from January 27, 2023 until March 13, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 30, 2023

_____
JAMES DONATO
United States District Judge