JODI LINKER
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:   david_rizk@fd.org

Counsel for Defendant CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-316 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME** |
| v. | |
| JULIAN CISNEROS, | |
| Defendant. | |

    This matter is set for a change of plea on June 12, 2023. Defense counsel is unable to appear because counsel is obligated to appear in court in Oakland on that date to represent a witness called by the government at trial in *United States v. Colar*, 21-CR-163 HSG. Therefore, the parties agree that the matter be continued to June 26, 2023 at 10:30 a.m.

    The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv) for continuity of counsel, from June 12, 2023 to June 26, 2023. The parties further stipulate that the ends of justice served by excluding the period from June 12,

2023 to June 26, 2023, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

| | |
|---|---|
| June 7, 2023<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>KELSEY DAVIDSON<br>Assistant United States Attorney |
| June 7, 2023<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>DAVID RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

June 8, 2023
Dated

JAMES DONATO
United States District Judge