1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KELSEY C. DAVIDSON (CABN 322323)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6959
7       Fax: (415) 436-7027
        kelsey.davidson@usdoj.gov
8
   Attorneys for United States of America
9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )  **CASE NO. 3:22-CR-00316-JD**
                                         )
14            Plaintiff,                 )  **STIPULATION TO CONTINUE SENTENCING**
                                         )  **AND [~~PROPOSED~~] ORDER**
15        v.                             )
                                         )
16  JULIAN CISNEROS,                     )
                                         )
17            Defendant.                 )
                                         )
18  _____ )

19        Sentencing in this matter has been delayed several times due to the defendant's absence and is now

20  set for sentencing on May 10, 2024.  Counsel for the government is unavailable on May 10, 2024, and

21  with apologies, respectfully requests a continuance to June 24, 2024 (the earliest available date for the

22  Court that works for both parties).  The defense has no objection.

23        The undersigned Assistant United States Attorney certifies that she has obtained approval from

24  counsel for the defendant to file this stipulation and proposed order.

25        IT IS SO STIPULATED.

26  DATED: April 18, 2024                    _____/s/_____
                                             KELSEY C. DAVIDSON
27                                           Assistant United States Attorney

28

DATED: April 18, 2024

_____/s/_____

DAVID RIZK
Counsel for Defendant Julian Cisneros

IT IS SO ORDERED.

DATED:   April 22, 2024

_____

JAMES DONATO
United States District Judge